

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00290-CV

| | | |
|---|---|---|
| D. ANDREW TAIT, Appellant | § | On Appeal from the 342nd District Court |
| V. | § | of Tarrant County (342-321204-20) |
| | § | March 2, 2023 |
| PEPSICO INC. D/B/A PEPSI BEVERAGE CO., DR PEPPER SNAPPLE GROUP, AND JOHN PETER SMITH HOSPITAL, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
        Justice Dana Womack